**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61374-CIV-DAMIAN**

**CERLY GLEYCE DE SOUZA MOITA**,

> Plaintiff,

v.

**GARRETT J. RIPA,** *et al.*,

> Defendants.

_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Local Rule 3.8 and Internal Operating Procedure 2.15.00 of the of the United States District Court for the Southern District of Florida because of this case's initial assignment prior to inter-District transfer to the Honorable David S. Leibowitz, and subject to the consent of the Honorable David S. Leibowitz, it is

**ORDERED AND ADJUDGED** that the above-numbered case is transferred to the calendar of the Honorable David S. Leibowitz for all further proceedings.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 12th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

After reviewing the file in the above-numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **26-61374-CIV-DSL**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami, Florida, this 20th day of May, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record