UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:26-cv-61374-LEIBOWITZ

**CERLY GLEYCE DE SOUZA MOITA,**
*Petitioner,*

*v.*

**MIAMI FIELD OFFICE DIRECTOR,**
**IMMIGRATION AND CUSTOMS**
**ENFORCEMENT,** *et al.*,
*Respondents.*

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the parties' Expedited Joint Motion for Relief from Order [ECF No. 37] (the "Motion"), asking the Court to lift the stay of Petitioner's administrative removal proceedings. Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 37**] is **GRANTED**. The stay of Petitioner's administrative proceedings is hereby LIFTED. The Court's order directing that Petitioner not be physically removed from the United States remains in effect.

It is **FURTHER ORDERED** that this matter and all pending deadlines are STAYED for sixty (60) days from the date of this Order. *The Clerk* is DIRECTED to ADMINISTRATIVELY CLOSE this case.

**DONE AND ORDERED** in the Southern District of Florida on May 28, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:      counsel of record