**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:26-cv-61374-LEIBOWITZ/HERNANDEZ**

**CERLY GLEYCE DE SOUZA MOITA**,
*Petitioner*,

*v.*

**TODD BLANCHE, *et al.***,
*Respondents.*
_______________________________/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Report and Recommendation by United States Magistrate Judge Yeney Hernandez [ECF No. 48] (the "R&R"), issued on September 30, 2026, recommending that Petitioner's Second Emergency Motion seeking immediate release from immigration detention [ECF No. 33] (the "Motion") be DENIED. [ECF No. 48 at 1, 8]. The undersigned previously referred the Motion to Jude Hernandez for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 41]. Petitioner did not object to the R&R within the 14-day objection period. After reviewing the R&R for clear error and in the absence of any objection, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation **[ECF No. 48]** is **ADOPTED** and **AFFIRMED** and fully incorporated herein for all purposes.
2. Petitioner's Motion [**ECF No. 33**] is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida on October 19, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record